BEFORE THE THIRD DIVISION, AUGUST 8, 1957

No. 61139.—Rocca-Cuvi, Inc. v. United States, protest 279720–K (B) (Seattle).

Opinion by DONLON, J.   The protest was dismissed.

AUGUST 8, 1957

No. 61140.—SUIT 4889.—Chas. H. Demarest, Inc. v. United States.—

—C. D. 1790 affirmed April 30, 1957.   C. A. D. 650.